UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:18-cv-324-MOC

| | |
|---|---|
| TRAVIS W. MCCALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| NANCY A. BERRYHILL, ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the Commissioner's Consent Motion for Remand (#10). Having considered such motion, which indicates that Plaintiff concurs, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Commissioner's Consent Motion for Remand (#10) is **GRANTED**, Plaintiff's Motion for Summary Judgment (#9) is **DENIED without prejudice**, and this matter is hereby **REMANDED** for further administrative proceedings consistent with the Commissioner's motion and this Order, all in accordance with Sentence Four of 42 U.S.C. § 405(g).

Signed: May 14, 2019



Max O. Cogburn Jr.
United States District Judge

-1-